# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Janice K. Goode <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 17-10327 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

        Respectfully submitted,

        **/s/ Matteo S. Weiner, Esq.**
        Matteo S. Weiner, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322 FAX (215) 627-7734