UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania- Philadelphia

IN RE:   CASE NO: 17-10327
CHAPTER 13

Janice Goode

### NOTICE OF CHANGE OF ADDRESS

EDUCATIONAL CREDIT MANAGEMENT CORPORATION (ECMC), an authorized agent of Oklahoma College Assistance Program (OCAP) hereby gives notice that all presently held or future payments and correspondences to the creditor, for claim number 1 should be sent to the following address:

OLD ADDRESS:

Navient Solutions Inc obo OCAP, OHSRHE
Attn: Bankruptcy Litigation Unit
PO BOX 9430 (E3149)
Wilkes-Barre, PA 18773-9430

OCAP, OSHRE
Attn: Deposit Operations
PO BOX 6184
Indianapolis, IN 46206-6184

NEW ADDRESS:

Please send all PAYMENTS to:

Oklahoma College Assistance Program
c/o ECMC
Lockbox #740
PO Box 16358
St. Paul, MN 55116

Please send all CORRESPONDENCE to:

Oklahoma College Assistance Program c/o ECMC
PO Box 16358
St. Paul, MN 55116

Educational Credit Management Corporation

By: /s/Carmen Taylor   Date: **10/26/2018**
Carmen Tayor, Operations Specialist
Educational Credit Management Corporation
PO Box 16408
St. Paul, MN 55116-0408
Ph: 651-300-7129



CERTIFICATE OF SERVICE

I hereby certify that on 10/26/2018 a copy of the foregoing Change of Address was served on the following register ECF participants, electronically through the court's ECF System at the email address register with the court:

William C Miller, Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

U.S. Trustee
Office of the U.S. Trustee
833 Chestnut St
Suite 500
Philadelphia, PA 19107

Michael A Cataldo
Cibik & Cataldo P.C
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

By:  Carmen Taylor  *Carmen Taylor*
Carmen Taylor, Bankruptcy Processor
Educational Credit Management Corporation
PO Box 16408
St. Paul, MN 55116-0408