**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                :        CHAPTER 13

Janice K. Goode

       DEBTOR               :        BKY. NO.  17-10327AMC13

**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**

1. That Michael A. Cataldo, Esquire, hereby certifies that a true and correct copy of the MOTION TO MODIFY PLAN AFTER CONFIRMATION was served to all interested parties via Electronic Means or Via Regular Mail.

2. That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

                       Respectfully submitted,

DATE:  April 27, 2020        _____/s/_____
                                      MICHAEL A. CATALDO
                                      CIBIK & CATALDO, P.C.
                                      1500 WALNUT STREET, STE. 900
                                      PHILADELPHIA, PA 19102
                                      (215) 735-1060