**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Janice K. Goode | | |
| DEBTOR | : | BKY. NO. 17-10327AMC13 |

**CERTIFICATION OF NO ANSWER,
OBJECTION, OR OTHER RESPONSIVE PLEADING**

1. That Michael A. Cataldo, Esquire, hereby certifies that a true and correct copy of the MOTION TO MODIFY PLAN AFTER CONFIRMATION was served to all interested parties via Electronic Means or Via Regular Mail.

2. That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

Respectfully submitted,

DATE: May 11, 2020          _____/s/_____
MICHAEL A. CATALDO
CIBIK & CATALDO, P.C.
1500 WALNUT STREET, STE. 900
PHILADELPHIA, PA 19102
(215) 735-1060