**IN THE UNITED STATES BANKRUPTCY COURT
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>**

IN RE: : CHAPTER 13

Janice Goode
    DEBTOR : BKY. NO. 17-10327AMC13

**<u>AMENDED PROPOSED ORDER</u>**

AND NOW, this _____ day of _____ 2020, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the *Third Modified Plan* filed May 15, 2020 as document number 50 is approved.

By the Court:

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE