**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                : CHAPTER 13

Janice Goode
    DEBTOR                    : BKY. NO. 17-10327AMC13

**AMENDED PROPOSED ORDER**

AND NOW, this _____ day of _____ 2020, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the *Second Modified Plan* filed May 13, 2020 as document number 48 is approved.

By the Court:

**Date: May 19, 2020**

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE