# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Janice K. Goode,<br><br>　　　　　Debtor. | Case No. 17-10327-mdc<br><br>Chapter 13 |

### Certificate of Service

　　I hereby certify that on this date a true and correct copy of the Debtor's Objection to Claim No. 7 by Claimant Calvary SPV I LLC as assignee of Citibank N.A. was served on all parties listed below by first class mail or through the CM/ECF system, along with the notice, the proposed order, and all exhibits.

　　U.S. Trustee (CM/ECF)

　　Kenneth E. West (CM/ECF)

　　Calvary SPV I LLC
　　500 Summit Lake Drive, Suite 400
　　Valhalla, NY 10595


Date: November 18, 2022

　　　　　　　　　　　　　　　　　　　　/s/ Michael I. Assad
　　　　　　　　　　　　　　　　　　　　Michael I. Assad (#330937)
　　　　　　　　　　　　　　　　　　　　Cibik Law, P.C.
　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com