# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Janice K. Goode,<br><br>                Debtor. | Case No. 17-10327-mdc<br><br>Chapter 13 |

## Certificate of Service

    I hereby certify that on this date a true and correct copy of the Debtor's Objection to Claim No. 8 by Claimant American Express Bank FSB was served on all parties listed below by first class mail or through the CM/ECF system, along with the notice, the proposed order, and all exhibits.

    U.S. Trustee (CM/ECF)

    Kenneth E. West (CM/ECF)

    Becket and Lee LLP
    PO Box 3001
    Malvern PA 19355-0701

Date: November 18, 2022

                                            /s/ Michael I. Assad
                                            Michael I. Assad (#330937)
                                            Cibik Law, P.C.
                                            1500 Walnut Street, Suite 900
                                            Philadelphia, PA 19102
                                            215-735-1060
                                            mail@cibiklaw.com