**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: <br><br> Janice K. Goode, <br><br> Debtor. | Case No. 17-10327-mdc <br><br> Chapter 13 |

**Debtor's Requests for Production of Documents**
**Directed to Claimant American Express Bank FSB**

**AND NOW**, Debtor Janice K. Goode, by and through her attorney, directs the following interrogatories to Claimant American Express Bank FSB pursuant to Fed. R. Bankr. P. 9034, Fed. R. Civ. P. 34, and L.B.R. 7026-1:

1.  Cancelled check, receipt, proof of money order, or other documentation evidencing the exact date of the last payment that was tendered by the Debtor to the Claimant for the American Express card (account #3003) associated with Claim No. 8 in the above-captioned bankruptcy case.

Date: November 18, 2022

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com