**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Janice K. Goode,<br><br>        Debtor. | Case No. 17-10327-mdc<br><br>Chapter 13 |

### Certificate of Service

I hereby certify that on this date a true and correct copy of the Debtor's Requests for Production of Documents Directed to Claimant American Express Bank FSB was served on the party below by first class mail.

Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701


Date: November 18, 2022                /s/ Michael I. Assad
                                        Michael I. Assad (#330937)
                                        Cibik Law, P.C.
                                        1500 Walnut Street, Suite 900
                                        Philadelphia, PA 19102
                                        215-735-1060
                                        mail@cibiklaw.com