# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Janice K. Goode,

              Debtor.

Case No. 17-10327-mdc

Chapter 13

Related to ECF No. 61

**Praecipe to Withdraw Document**

To the Clerk of Court:

    Please withdraw the Objection to Claim Number 8 by Claimant American Express Bank FSB, which was filed with the Court on November 18, 2022, as ECF No. 61. Thank you.

Date: November 28, 2022

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com