# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10327-mdc |
| Janice K. Goode, | Chapter 13 |
| Debtor. | |

## Certificate of Service

I hereby certify that on this date a true and correct copy of the Debtor's Objection to Claim No. 7 by Claimant Calvary SPV I LLC as assignee of Citibank N.A. was served on all parties listed below by first class mail or through the CM/ECF system, along with the proposed order, all exhibits, and the amended notice of hearing date.

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Tracyan Frame
Calvary SPV I LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Date: December 20, 2022

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com