# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Janice K. Goode,

        Debtor.

Case No. 17-10327-mdc

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Oklahoma College Assistance Program
c/o ECMC
P.O. Box 16358
St. Paul, MN 55116

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Date: February 7, 2023

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com