**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Janice K. Goode,<br><br>Debtor. | Case No. 17-10327-mdc<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, on this _____ day of _____, 2023, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The modified plan filed as ECF No. 85 is **APPROVED**.

Magdeline D. Coleman<br>
Chief U.S. Bankruptcy Judge