United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
Janice K. Goode
    Debtor

Case No. 17-10327-mdc

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: admin            Page 1 of 2

Date Rcvd: Jul 19, 2023            Form ID: 234            Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Janice K. Goode, 530 Regis Court, Apt B-1, Bensalem, PA 19020-7450 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | on behalf of Debtor Janice K. Goode mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Janice K. Goode mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 19, 2023                       Form ID: 234                                    Total Noticed: 1

United States Trustee
                              USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Janice K. Goode

              Debtor(s)

Case No:17−10327−mdc

Chapter: 13

---

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:


1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.


2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**


3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**



For The Court



Timothy McGrath,
Clerk of Court

Date: 7/19/23