United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                Case No. 17-10327-mdc

Janice K. Goode                                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                              Page 1 of 3

Date Rcvd: Jul 21, 2023                   Form ID: 138OBJ                                  Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janice K. Goode, 530 Regis Court, Apt B-1, Bensalem, PA 19020-7450 |
| 13855693 | + | Apothaker & Associates, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 13855709 | + | Legal Solutions Debt, LLC, Admin Staff, 7668 Warren Parkway, Suite 315, Frisco, TX 75034-4159 |
| 13875722 | +++ | Oklahoma College Assistance Program, c/o ECMC, P.O. Box 16358, St. Paul, MN 55116-0358 |
| 13855711 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13902354 | + | Toyota Motor Credit Corporation, c/o MATTEO SAMUEL WEINER, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 22 2023 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 22 2023 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13914446 | | Email/PDF: bncnotices@becket-lee.com | Jul 22 2023 00:48:01 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13855692 | + | Email/PDF: bncnotices@becket-lee.com | Jul 22 2023 00:48:01 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 13855694 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 22 2023 00:31:00 | Bank Of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 13855700 | | Email/Text: megan.harper@phila.gov | Jul 22 2023 00:32:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13855701 | | Email/Text: megan.harper@phila.gov | Jul 22 2023 00:32:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 13855695 | + | Email/Text: bankruptcy@cavps.com | Jul 22 2023 00:31:00 | Calvary Portfolio Services, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 13855696 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2023 00:37:15 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13899162 | | Email/PDF: bncnotices@becket-lee.com | Jul 22 2023 00:48:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13913186 | + | Email/Text: bankruptcy@cavps.com | Jul 22 2023 00:31:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13855698 | + | Email/Text: ecf@ccpclaw.com | Jul 22 2023 00:31:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

| 13855703 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 22 2023 00:31:00 | Comenity Bank/Victoria Secret, PO Box 18215, Columbus, OH 43218 |
| 13862934 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jul 22 2023 00:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13855704 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Jul 22 2023 00:31:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 13855705 | | Email/Text: bankruptcycourts@equifax.com | | |
| | | | Jul 22 2023 00:31:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 13855706 | ^ | MEBN | | |
| | | | Jul 22 2023 00:28:59 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13855707 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jul 22 2023 00:31:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13855697 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jul 22 2023 00:37:24 | Chase Card, Attn: Correspondence, PO Box 15298, Wilmington, DE 19850 |
| 13855708 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jul 22 2023 00:31:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 13855710 | + | Email/PDF: pa_dc_claims@navient.com | | |
| | | | Jul 22 2023 00:37:24 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes-Barr, PA 18773-9500 |
| 13869888 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Jul 22 2023 00:37:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13891672 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jul 22 2023 00:31:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13855712 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Jul 22 2023 00:32:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13855714 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Jul 22 2023 00:31:00 | Toyota Financial Services, P.O. Box 371339, Pittsburgh, PA 15250 |
| 13855715 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Jul 22 2023 00:31:00 | Toyota Motor credit Corp, PO Box 8026, Cedar Rapids, IA 52408 |
| 13855716 | | Email/Text: DASPUBREC@transunion.com | | |
| | | | Jul 22 2023 00:31:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 13855713 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Jul 22 2023 00:31:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 13891000 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | | Jul 22 2023 00:31:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13855702 | | Client Care |
| 13855699 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2                        User: admin                                      Page 3 of 3

Date Rcvd: Jul 21, 2023                  Form ID: 138OBJ                            Total Noticed: 35

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2023                               Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2023 at the address(es) listed below:**

**Name**                          **Email Address**

BRIAN CRAIG NICHOLAS

           on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

JACK K. MILLER

           on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KENNETH E. WEST

           ecfemails@ph13trustee.com  philaecf@gmail.com

MATTEO SAMUEL WEINER

           on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MICHAEL A. CIBIK

           on behalf of Debtor Janice K. Goode mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com

MICHAEL I. ASSAD

           on behalf of Debtor Janice K. Goode mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com

United States Trustee

           USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Janice K. Goode

                    Debtor(s)                           Case No: 17−10327−mdc

                                                        Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/21/23

93 − 90
Form 138OBJ