IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Janice K. Goode             :      Chapter 13

DEBTOR                                :      Bankruptcy No.   17-10327-mdc

ORDER

AND NOW, this 24th day of July, 2023 upon consideration of Debtor's Counsel's Application to Approve Supplemental Compensation.

It is **ORDERED** that the Application is GRANTED and that supplemental compensation of **$2500.00** is **ALLOWED** to Cibik Law, P.C.   The Chapter 13 Trustee may pay the allowed amount as an administrative expense to the extent provided in the confirmed plan.

By the Court:

_____
Hon. Magdeline D. Coleman
Chief U.S. Bankruptcy Judge